# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEVE HILLEBRECHT )<br>4972 South Sedgewick )<br>Lyndhurst, OH 44124 )<br>    ) <br>    Plaintiff, )<br>    )<br>  v. )<br>    )<br>BUREAU OF COLLECTION RECOVERY, )<br>INC. )<br>7575 Corporate Way )<br>Eden Prairie, MN 55344 )<br>    )<br>    Defendant. ) | Case No: 10-cv-02527<br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, STEVE HILLEBRECHT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,


RESPECTFULLY SUBMITTED,

        By:   /s/ Peter Cozmyk
        Peter Cozmyk,
        Attorney for Plaintiff
        Ohio Registration No. 0078862
        Krohn & Moss, Ltd.
        3 Summit Park Drive
        Suite 140
        Independence, Ohio 44131
        phone: (216) 901-0609
        fax: (866) 425-3459
        e-mail: pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on December 23, 2010, I served Melanie Frankel, opposing counsel of defendant, with a copy of this document by way of email at MFrankel@sdtlawyers.com.

        By:   /s/ Peter Cozmyk
        Peter Cozmyk, Esq.