## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEVE HILLEBRECHT ) <br> 4972 South Sedgewick ) <br> Lyndhurst, OH 44124 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF COLLECTION RECOVERY, ) <br> INC. ) <br> 7575 Corporate Way ) <br> Eden Prairie, MN 55344 ) <br> ) <br> Defendant. ) | Case No 1:10-cv-02527-CAB <br><br> VOLUNTARY DISMISSAL |

### NOTICE OF VOLUNTARY DISMISSAL

STEVE HILLEBRECHT   (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY, INC. (Defendant), in this case.

DATED:  February 14, 2011                              RESPECTFULLY SUBMITTED,

                                                                    By:___/s/ Peter Cozmyk_____
                                                                           Peter Cozmyk,
                                                                           Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 ext. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com

VOLUNTARY DISMISSAL                                                                             1

## CERTIFICATE OF SERVICE

   I hereby certify that on February 14, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on February 14, 2011, I served all counsel of record with a copy of this document by way of email atMFrankel@sdtlawyers.com.

        By:___/s/ Peter Cozmyk_____
          Peter Cozmyk,
          Attorney for Plaintiff